*E-FILED - 1/31/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTEBAN NERI, JR.,** | Case No. C 10-2867 RMW (PR) |
| Petitioner, | **[] ORDER** |
| v. | |
| **KATHLEEN ALLISON, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause filed by this Court on August 17, 2010, and provide the relevant state court record, will be extended to March 15, 2011. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer.

Dated: 1/28/11

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

[] Order (C 10-2867 RMW (PR))