1
2
3
4            **E-FILED on     3/28/12**
5
6
7
8
9                    IN THE UNITED STATES DISTRICT COURT
10                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  ESTEBAN NERI, JR.,                )   No. C 10-2867 RMW (PR)
                                      )
12              Petitioner,            )   JUDGMENT
                                      )
13     vs.                             )
                                      )
14                                    )
    WARDEN KATHLEEN ALLISON,          )
15                                    )
                Respondent.            )
16  _____    )

17      The court has denied the instant petition for writ of habeas corpus on the merits.
18  Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of
19  his petition. The clerk shall close the file.
20      IT IS SO ORDERED.
21  DATED: __3/28/12__                    _/s/ Ronald M. Whyte_
                                          RONALD M. WHYTE
22                                        United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\HC.10\Neri867jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ESTEBAN NERI JR,

    Plaintiff,

v.

KATHLEEN ALLISON et al,

    Defendant.

Case Number: CV10-02867 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Esteban Neri F87757
Corcoran-SATF
Housing: C1-114
P.O. Box 5246
Corcoran, CA 93212

Dated: March 28, 2012

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk